UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLA JACKSON,

      Plaintiff,    22-cv-7487 (JGK)

  - against -       ORDER

COLLECTION BUREAU OF THE HUDSON
VALLEY, INC.,

      Defendant.

JOHN G. KOELTL, District Judge:

  The parties are directed to submit a Rule 26(f) report by October 12, 2022.

SO ORDERED.
Dated: New York, New York
    September 21, 2022

              _____
               John G. Koeltl
             United States District Judge