UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLA JACKSON,

               Plaintiff,

    - against -

COLLECTION BUREAU OF THE HUDSON
VALLEY, INC.,

             Defendant.

---

22-cv-7487 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    A pre-motion conference to be held by telephone is scheduled for **February 7, 2023 at 4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.
Dated:    New York, New York
          January 30, 2023

                    John G. Koeltl
             United States District Judge